PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7269)
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682

PAUL G. AMANN, Special Assistant United States Attorney (#6465)
5272 College Drive Suite 200
Salt Lake City, Utah 84123
Telephone: (801) 366-0196
Facsimile: (801) 366-0242

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN VANCE JONES,<br><br>Defendant. | Judge Paul G. Cassell<br>DECK TYPE: Criminal<br>DATE STAMP: 08/04/2004 @ 15:57:47<br>CASE NUMBER: 2:04CR00510 PGC<br><br>INDICTMENT<br><br>VIOLATIONS OF 18 U.S.C.<br>§ 2422(b) and § 2423(b)<br><br>Coercion and Enticement For Illegal Sexual Activity; Transportation of Minor With Intent to Engage in Criminal Sexual Activity |

The Grand Jury charges:

## COUNT I

From a date unknown to the Grand Jury but not later than January 2004, until on or about April 1, 2004, in the Central Division of the District of Utah and elsewhere,

BRYAN VANCE JONES,

defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, or attempted to do so; all in violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about April 7, 2004, in the Central Division of the District of Utah,

BRYAN VANCE JONES,

defendant herein, traveled in the United States, that is, from the State of Washington to the State of Utah, for the purpose of engaging in illicit sexual conduct with another person; all in violation of Title 18, United States Code, Section 2423(b).

## COUNT III

From on or about April 8, 2004, until on or about May 17, 2004, in the Central Division of the District of Utah and elsewhere,

BRYAN VANCE JONES,

defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, or attempted to do so; all in violation of Title 18, United States Code, Section 2422(b).

## COUNT IV

On or about May 17, 2004, in the Central Division of the District of Utah,

BRYAN VANCE JONES,

defendant herein traveled in the United States, that is, from the State of Washington to the State of Utah, for the purpose of engaging in any illicit sexual conduct with another person; all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
PAUL G. AMANN
Special Assistant United States Attorney